IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20 CV 62 MR WCM

| | | |
|---|---|---|
| FEDERATED MUTUAL INSURANCE COMPANY | ) ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | ORDER |
| THUNDER CONTRACTING, INC., PHIL FERGUSON, and CAMALA FERGUSON | ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 5) filed by William S. Durr. The Motion indicates that Mr. Durr, a member in good standing of the Bar of this Court, is local counsel for Plaintiff Federated Mutual Insurance Company and that he seeks the admission of David H. Gregerson, who the Motion represents as being a member in good standing of the Bar of Minnesota.

It further appears that the requisite admission fee has been paid. Accordingly, the Court **GRANTS** the Motion (Doc. 5) and **ADMITS** David H. Gregerson to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: March 10, 2020

W. Carleton Metcalf
United States Magistrate Judge